**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-14-00200-CV**
_____

**IN THE INTEREST OF T.P., K.P. AND T.P.**

**On Appeal from the County Court at Law No. 3**
**Montgomery County, Texas**
**Trial Cause No. 13-05-05380 CV**

**MEMORANDUM OPINION**

On June 3, 2014, we notified the parties that the appeal would be dismissed for want of prosecution unless arrangements were made for filing the record or the appellant explained why additional time was needed to file the record. Appellant did not respond to this Court's notices.

Appellant did not file an affidavit of indigence on appeal and has not shown that he is entitled to proceed without payment of costs. See Tex. R. App. P. 20.1. There being no satisfactory explanation for the failure to file the clerk's record, we dismiss the appeal for want of prosecution. See Tex. R. App. P. 37.3(b); Tex. R. App. P. 42.3.

1

APPEAL DISMISSED.

_____
STEVE McKEITHEN
Chief Justice

Submitted on September 3, 2014
Opinion Delivered September 4, 2014

Before McKeithen, C.J., Kreger and Horton, JJ.